IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACQUELINE FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-3279-SEM-TSH |
| | ) | |
| ERIC KOHLRUS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### RESPONSE TO PLAINTIFF'S MOTION TO COMPEL (DOC. 80)

NOW COME Defendants, ALEX ADAMS, ADDISON AHART, NORINE ASHLEY, JAMES BARRY, JENNIFER BILLINGTON, CHRISTINE BRANNON, CLARA M. CHARRON, JAMES DAVIS, MARK DELIA, MIKE FUNK, JEFFREY GABOR, ILLINOIS DEPARTMENT OF CORRECTIONS, LISA JOHNSON, TRAVIS JONES, PATRICK KEANE, DILLION KEARNEY, WILLIAM T. LEMON, ANGELA LOCKE, MATTHEW MITCHEY, ALAN PASLEY, JOSE RIVERA, WILLIAM ROBERTS, ZACHARY SAPP, TRINA SNYDER, SEAN WHELTON, JASMIN WOOLFOLK, and FELIPE ZAVALA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and respond in opposition to *Plaintiff's Motion to Compel Defendants to Participate in Discovery* (doc. 80), stating as follows:

1. On August 31, 2018, Plaintiff filed the above-titled Motion requesting that the Court compel Defendants to participate in discovery. (Doc. 80.) In support of her Motion, Plaintiff generally claims Defendants have been taking advantage of a *de facto* stay in an effort to avoid doing discovery in this case. *Id.*

2. Plaintiff's Motion should be denied because Defendants are participating in discovery.

3.	Plaintiff generally claims Defendants have not yet responded to discovery requests that she previously served. (Doc. 80.) While Plaintiff is correct, it is important to note that Defendants have timely petitioned for additional time to respond to Plaintiff's discovery requests. (Docs. 69 & 76.) As noted in Defendants' Motions, this additional time is needed to meet with clients and finalize responses. *Id.* In this case, Plaintiff has chosen to name 30 defendants. Of these defendants, all but three are represented by the undersigned. Given the undersigned's schedule and workload, Defendants needed additional time to finalize their responses and have made appropriate petitions for this time.

4.	Plaintiff also claims Defendants have refused to provide dates for deposition, however, as noted in Plaintiff's Motion, Plaintiff is requesting responses to written discovery before the deposition. Defendants will participate in scheduling depositions as allowed under Federal Rule of Civil Procedure 30 once written discovery responses have been provided.

5.	Concerning Plaintiff's conclusory claims that Defendants are not participating in discovery, it is clear from the record that Defendants have been participating. Pending before the Court are motions concerning discovery of electronically stored information and a qualified protective order. (Docs. 74 & 78.) As noted in these Motions, the parties have had numerous conversations concerning discovery in this case.

6.	Further, at the beginning of this case, Plaintiff was permitted to serve emergency subpoenas. (Ct's Dec. 1, 2017 Order.) For Plaintiff to claim that they have received no discovery from the Illinois Department of Corrections is disingenuous when Plaintiff was permitted to serve subpoenas to which responses were provided.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this honorable Court deny Plaintiff's Motion (doc. 80).

                                            Respectfully submitted,

                                            ALEX ADAMS, et al.,

                                                Defendants,

                                            LISA MADIGAN, Illinois Attorney General,

Jeremy C. Tyrrell, #6321649
Assistant Attorney General                  Attorney for Defendants,
500 South Second Street
Springfield, Illinois  62701
(217) 785-4555 Phone                       By: s/Jeremy C. Tyrrell
(217) 524-5091 Fax                            Jeremy C. Tyrrell
E-mail:  jtyrrell@atg.state.il.us          Assistant Attorney General

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACQUELINE FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-3279-SEM-TSH |
| | ) | |
| ERIC KOHL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2018, the foregoing document, *Response to Plaintiff's Motion to Compel (Doc. 80)*, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Adair Crosley | adair@loevy.com |
| Julie Marie Goodwin | julie@loevy.com |
| Sarah Grady | sarah@loevy.com |
| Sara Mayo Vig | sara@vig-law.com |
| Karen L. McNaught | kmcnaught@cassiday.com |

Respectfully Submitted,

s/Jeremy C. Tyrrell
Jeremy C. Tyrrell, #6321649
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
E-Mail: jtyrrell@atg.state.il.us