IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACQUELINE FARRIS, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. 17-3279-SEM-TSH |
| ERIC KOHLRUS, et al., | ) ) ) | |
| Defendants. | ) | |

### THIRD MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

NOW COME Defendants, ALEX ADAMS, ADDISON AHART, NORINE ASHLEY, JAMES BARRY, JENNIFER BILLINGTON, CHRISTINE BRANNON, CLARA M. CHARRON, JAMES DAVIS, MARK DELIA, MIKE FUNK, JEFFREY GABOR, ILLINOIS DEPARTMENT OF CORRECTIONS, LISA JOHNSON, TRAVIS JONES, PATRICK KEANE, DILLION KEARNEY, WILLIAM T. LEMON, ANGELA LOCKE, MATTHEW MITCHEY, ALAN PASLEY, JOSE RIVERA, WILLIAM ROBERTS, ZACHARY SAPP, TRINA SNYDER, SEAN WHELTON, JASMIN WOOLFOLK, and FELIPE ZAVALA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby move pursuant to Federal Rule of Civil Procedure 6(b)(1), for an additional extension of time to respond to Plaintiff's discovery requests, stating as follows:

1. Plaintiff propounded discovery requests upon the Illinois Department of Corrections, Illinois Department of Corrections employees, and Amy Rude (an employee of Wexford Health Sources, Inc.) on June 8, 2018.

2. Pursuant to Federal Rules of Civil Procedure 6, 33, and 34, Defendants' responses to plaintiff's interrogatories and requests to produce were due July 9, 2018.

3. Defendants timely moved for two extensions of time, which are still pending. (Doc. 69 & 76.) These Motions, collectively, sought until September 21, 2018, to respond to Plaintiff's discovery requests.

4. Defendants now request an additional fourteen days to respond to Plaintiff's discovery requests for the reasons that follow.

5. In her discovery requests, Plaintiff has asked for a number of documents and information that will be subject to an Electronically Stored Information ("ESI") protocol. The parties have reached an impasse as to certain ESI issues and have submitted proposed ESI protocols. (Docs. 73 & 74-1.) The ESI disputes have not been resolved.

6. Further, Defendants would be limited in the information that they can provide as there has been no protective order entered or agreed upon that would cover Plaintiff's medical and mental health information. Said information is protected by the Health Insurance Portability and Accountability Act ("HIPAA")

7. Further, given the number of IDOC employee defendants that Plaintiff has chosen to name in this lawsuit, the shifts that these individuals work—with the majority working the overnight shift, and various locations that these employees work, additional time is needed to confer with the defendants to prepare responses to Plaintiff's discovery requests.

8. Given the outstanding ESI issues and that there is no HIPAA release or protective order, Defendants require additional time to respond to Plaintiff's discovery requests.

9. Since the parties are at an impasse on ESI and protective order issues that requires Court intervention, and given the number of Defendants that Plaintiff has chosen to bring suit against, Defendants request an additional fourteen days to respond to Plaintiff's discovery requests.

10. Pursuant to Local Rule 6.1, counsel for Defendants contacted counsel for Plaintiff

concerning this request. Counsel for Plaintiff indicated that she objects to any further extensions of discovery.

11. Defendants make this request in good faith and not for the purpose of undue delay.

WHEREFORE, for the above reasons, Defendants respectfully request this honorable Court grant this Motion and extend the time for Defendants to respond to Plaintiff's discovery requests as stated herein.

Respectfully submitted,

ALEX ADAMS, et al.,

Defendants,

LISA MADIGAN, Illinois Attorney General,

Jeremy C. Tyrrell, #6321649
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
E-mail: jtyrrell@atg.state.il.us

Attorney for Defendants,

By: s/Jeremy C. Tyrrell
Jeremy C. Tyrrell
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JACQUELINE FARRIS, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 17-3279-SEM-TSH |
| ERIC KOHL, et al., | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2018, the foregoing document, *Third Motion for Extension of Time to Respond to Plaintiff's Discovery Requests*, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Adair Crosley | adair@loevy.com |
| Julie Marie Goodwin | julie@loevy.com |
| Sarah Grady | sarah@loevy.com |
| Sara Mayo Vig | sara@vig-law.com |
| Karen L. McNaught | kmcnaught@cassiday.com |

Respectfully Submitted,

s/Jeremy C. Tyrrell
Jeremy C. Tyrrell, #6321649
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
E-Mail: jtyrrell@atg.state.il.us