IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACQUELINE FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-3279-SEM-TSH |
| | ) | |
| ERIC KOHLRUS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FOURTH MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

NOW COME Defendants, ALEX ADAMS, ADDISON AHART, NORINE ASHLEY, JAMES BARRY, JENNIFER BILLINGTON, CHRISTINE BRANNON, CLARA M. CHARRON, JAMES DAVIS, MARK DELIA, MIKE FUNK, JEFFREY GABOR, ILLINOIS DEPARTMENT OF CORRECTIONS, LISA JOHNSON, TRAVIS JONES, PATRICK KEANE, DILLION KEARNEY, WILLIAM T. LEMON, ANGELA LOCKE, MATTHEW MITCHEY, ALAN PASLEY, JOSE RIVERA, WILLIAM ROBERTS, ZACHARY SAPP, TRINA SNYDER, SEAN WHELTON, JASMIN WOOLFOLK, and FELIPE ZAVALA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby move pursuant to Federal Rule of Civil Procedure 6(b)(1), for an additional extension of time to respond to Plaintiff's discovery requests, stating as follows:

1. Plaintiff propounded discovery requests upon the Illinois Department of Corrections, Illinois Department of Corrections employees, and Amy Rude (an employee of Wexford Health Sources, Inc.) on June 8, 2018.

2. Following a motion and status conference on pending motions that took place on October 3, 2018, the Court extended the time for all parties to respond to outstanding discovery

requests to November 5, 2018. (Doc. 92.)

3. The undersigned—along with two additional attorneys employed by the Office of the Illinois Attorney General—have been working diligently to respond to Plaintiff's discovery requests, but additional time is needed to finalize the discovery responses.

4. Since the status conference on October 3, 2018, the undersigned has: filed responsive pleadings in approximately five cases, which necessitated investigating the claims in each of these cases; attended seven depositions; prepared for and completed a bench trial in *Howe v. Baldwin*, 14-484 (S.D. Ill.); and generally attended to other emergent needs in his other cases.

5. Defendants recognize that they have had longer than just the preceding month to finalize their responses to Plaintiff's discovery requests. However, as noted in prior motions, Defendants work at multiple facilities with the majority working on the 11:00PM to 7:00AM shift. Defendants include wardens at correctional facilities, current and former high-ranking IDOC personnel, and former employees of the IDOC that have retired or moved to different jobs.

6. Due to the above, Defendants now request an additional fourteen days to respond to Plaintiff's discovery requests.

7. Since the Court's October 3, 2018 Motion Conference, Defendants have been able to produce an additional 337 pages of documents—pursuant to subpoena, IDOC previously produced the investigative report concerning Plaintiff's allegations against Defendant Kohlrus. Defendants will continue to provide responsive documents on a rolling basis.

8. Pursuant to Local Rule 6.1, counsel for Defendants contacted counsel for Plaintiff concerning this request. Counsel for Plaintiff indicated that she objects to the requested extension.

9. Defendants make this request in good faith and not for the purpose of undue delay.

WHEREFORE, for the above reasons, Defendants respectfully request this honorable Court grant this Motion and extend the time for Defendants to respond to Plaintiff's discovery requests as stated herein.

                                          Respectfully submitted,

                                          ALEX ADAMS, et al.,

                                              Defendants,

                                          LISA MADIGAN, Illinois Attorney General,

Jeremy C. Tyrrell, #6321649
Assistant Attorney General                  Attorney for Defendants,
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone                       By: s/Jeremy C. Tyrrell
(217) 524-5091 Fax                            Jeremy C. Tyrrell
E-mail:  jtyrrell@atg.state.il.us             Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| JACQUELINE FARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 17-3279-SEM-TSH |
| | ) |
| ERIC KOHL, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 5, 2018, the foregoing document, *Fourth Motion for Extension of Time to Respond to Plaintiff's Discovery Requests*, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Adair Crosley | adair@loevy.com |
| Julie Marie Goodwin | julie@loevy.com |
| Sarah Grady | sarah@loevy.com |
| Sara Mayo Vig | sara@vig-law.com |
| Karen L. McNaught | kmcnaught@cassiday.com |

Respectfully Submitted,

  s/Jeremy C. Tyrrell
Jeremy C. Tyrrell, #6321649
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 785-4555 Phone
(217) 524-5091 Fax
E-Mail:  jtyrrell@atg.state.il.us