IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACQUELINE FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-3279-SEM-TSH |
| | ) | |
| ERIC KOHLRUS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FIFTH MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**

NOW COME Defendants, ALEX ADAMS, ADDISON AHART, NORINE ASHLEY, JAMES BARRY, JENNIFER BILLINGTON, CHRISTINE BRANNON, CLARA M. CHARRON, JAMES DAVIS, MARK DELIA, MIKE FUNK, JEFFREY GABOR, ILLINOIS DEPARTMENT OF CORRECTIONS, LISA JOHNSON, TRAVIS JONES, PATRICK KEANE, DILLION KEARNEY, WILLIAM T. LEMON, ANGELA LOCKE, MATTHEW MITCHEY, ALAN PASLEY, JOSE RIVERA, WILLIAM ROBERTS, ZACHARY SAPP, TRINA SNYDER, SEAN WHELTON, JASMIN WOOLFOLK, and FELIPE ZAVALA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby move pursuant to Federal Rule of Civil Procedure 6(b)(1), for an additional extension of time to respond to Plaintiff's discovery requests, stating as follows:

1.    Plaintiff propounded discovery requests upon the Illinois Department of Corrections, Illinois Department of Corrections employees, and Amy Rude (an employee of Wexford Health Sources, Inc.) on June 8, 2018.

2.    Following a motion and status conference on pending motions that took place on October 3, 2018, the Court extended the time for all parties to respond to outstanding discovery

requests to November 5, 2018. (Doc. 92.)

3. Defendants moved for a fourth extension of time to respond to Plaintiff's discovery requests and requested until November 19, 2018, to provide their responses. (Doc. 101.) Plaintiff objected to Defendants' Motion and filed a second motion to compel Defendants to participate in discovery. (Doc. 102.) In her Motion, Plaintiff requested that the Court deem Defendants' objections waived, order production of responsive documents and responses to interrogatories within seven days, and award reasonable attorney fees. *Id.*

4. The Court granted, in part, both parties' Motions. The Court extended the time for Defendants to respond until November 15, 2018, denied as premature Plaintiff's request to have Defendants' objections be deemed waived, and reserved ruling on an award of fees.

5. As of filing this Motion, Defendants have substantially complied with the Court's Order. Defendants have served[1] their objections and responses to Plaintiff's interrogatories directed to: Alex Adams; Addison Ahart; James Barry; Jennifer Billington; Christine Brannon; Clara M. Charron; James Davis; Mark Delia; Mike Funk; Jeffrey Gabor; Illinois Department of Corrections; Lisa Johnson; Travis Jones; Patrick Keane; Dillion Kearney; William Lemon; Matthew Mitchey; Alan Pasley; Jose Rivera; William Roberts; Trina Snyder; Zachary Sapp; Sean Whelton; and Jasmin Woolfolk. Defendants have served objections but have been unable to provide responses on behalf of Defendants Norine Ashley and Felipe Zalava. The reasons for this inability is addressed below.

6. Defendants have also served their objections and responses to Plaintiff's requests for production of documents. In response to Plaintiff's requests, Defendants have produced numerous documents including: multiple shift reports; various policies of the IDOC and Logan

---

[1] The undersigned served a copy of Defendants' discovery responses to Plaintiff by U.S. Mail on November 15, 2018. The undersigned will also be providing an electronic courtesy of Defendants' discovery responses.

Correctional Center; information on job assignments; and other things requested by Plaintiff. Defendants are awaiting ESI documents and, in accordance with the agreed portion of the ESI plan, will produce these documents on a rolling basis to Plaintiff.

7. Defendants have also provided Plaintiff with deposition dates for seven defendants that Plaintiff identified as desiring to take depositions of.

8. As noted above, Defendants were unable to provide interrogatory responses on behalf of Norine Ashley and Felipe Zalava. The undersigned has been informed by staff at Logan Correctional Center that Norine Ashley is currently on an extended medical leave and is not expected to return to work until the end of December. Counsel is exploring other options to confer with Dr. Ashley to provide Plaintiff with interrogatory responses, but has not been able to make contact with Dr. Ashley to finalize her responses. Counsel for Defendants has also repeatedly made attempts to contact Mr. Zavala in an effort to provide responses on his behalf. These efforts will continue and responses on behalf of Mr. Zavala will be provided to Plaintiff as soon as possible.

9. Accordingly, given these extenuating circumstances surrounding these two defendants, Defendants respectfully request an additional two weeks, up to and including, November 29, 2018, for Defendants Ashley and Zavala to provide responses to Plaintiff's interrogatories.

10. Pursuant to Local Rule 6.1, counsel for Defendants must note in this Motion whether opposing counsel has an objection. Due to the hour of filing this Motion, counsel did not believe it would be possible to make contact with Plaintiff's counsel concerning this request. However, Plaintiff's counsel has previously indicated that Plaintiff would not agree to any further extensions of time for Defendants to respond to discovery.

11. Defendants make this request in good faith and not for the purpose of undue delay.

WHEREFORE, for the above reasons, Defendants respectfully request this honorable Court grant this Motion and extend the time for Defendants Ashley and Zavala to respond to Plaintiff's interrogatories, as stated herein.

Respectfully submitted,

ALEX ADAMS, et al.,

Defendants,

LISA MADIGAN, Illinois Attorney General,

Attorney for Defendants,

Jeremy C. Tyrrell, #6321649
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
E-mail: jtyrrell@atg.state.il.us

By: s/Jeremy C. Tyrrell
Jeremy C. Tyrrell
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| JACQUELINE FARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 17-3279-SEM-TSH |
| | ) |
| ERIC KOHL, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2018, the foregoing document, *Fifth Motion for Extension of Time to Respond to Plaintiff's Discovery Requests*, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Adair Crosley | adair@loevy.com |
| Julie Marie Goodwin | julie@loevy.com |
| Sarah Grady | sarah@loevy.com |
| Sara Mayo Vig | sara@vig-law.com |
| Karen L. McNaught | kmcnaught@cassiday.com |

Respectfully Submitted,

  s/Jeremy C. Tyrrell
Jeremy C. Tyrrell, #6321649
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
E-Mail: jtyrrell@atg.state.il.us