IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACQUELINE FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 17-3279-SEM-TSH |
| | ) | |
| ERIC KOHLRUS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S SECOND MOTION TO COMPEL (DOC. 102)**

NOW COME Defendants, ALEX ADAMS, ADDISON AHART, NORINE ASHLEY, JAMES BARRY, JENNIFER BILLINGTON, CHRISTINE BRANNON, CLARA M. CHARRON, JAMES DAVIS, MARK DELIA, MIKE FUNK, JEFFREY GABOR, ILLINOIS DEPARTMENT OF CORRECTIONS, LISA JOHNSON, TRAVIS JONES, PATRICK KEANE, DILLION KEARNEY, WILLIAM T. LEMON, ANGELA LOCKE, MATTHEW MITCHEY, ALAN PASLEY, JOSE RIVERA, WILLIAM ROBERTS, ZACHARY SAPP, TRINA SNYDER, SEAN WHELTON, JASMIN WOOLFOLK, and FELIPE ZAVALA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and respond in opposition to Plaintiff's Second Motion to Compel (doc. 102), stating as follows:

1. On November 6, 2018, Plaintiff filed the above-titled Motion requesting that the Court compel Defendants to participate in discovery. (Doc. 102.)

2. Since Plaintiff filed her Second Motion to Compel, Defendants have provided interrogatory responses to Plaintiff's interrogatories, with the exception of Defendants Ashley and Zavala, which are addressed in Defendants' Fifth Motion for Extension of Time. Defendants incorporate by reference that Motion in this Response.

3. Defendants have also provided responses to Plaintiff's requests for production of documents and met and conferred with counsel for Plaintiff on Defendants' objections. Defendants will continue to work with Plaintiff on resolving as many objections and disputes as possible without Court intervention.

4. Defendants have also worked with Plaintiff and co-Defendants to schedule five depositions. Further, Defendants have scheduled an inspection pursuant to a request submitted by Plaintiff.

5. It is clear Defendants are participating in discovery. Plaintiff's Motion should be denied.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this honorable Court deny Plaintiff's Motion (doc. 102).

Respectfully submitted,

ALEX ADAMS, et al.,

Defendants,

LISA MADIGAN, Illinois Attorney General,

Attorney for Defendants,

Jeremy C. Tyrrell, #6321649
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 785-4555 Phone          By: s/Jeremy C. Tyrrell
(217) 524-5091 Fax                 Jeremy C. Tyrrell
E-mail:  jtyrrell@atg.state.il.us    Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| JACQUELINE FARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 17-3279-SEM-TSH |
| ) | |
| ERIC KOHL, et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2018, the foregoing document, *Response to Plaintiff's Second Motion to Compel (Doc. 102)*, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Adair Crosley | adair@loevy.com |
| Julie Marie Goodwin | julie@loevy.com |
| Sarah Grady | sarah@loevy.com |
| Sara Mayo Vig | sara@vig-law.com |
| Karen L. McNaught | kmcnaught@cassiday.com |

Respectfully Submitted,

s/Jeremy C. Tyrrell
Jeremy C. Tyrrell, #6321649
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 785-4555 Phone
(217) 524-5091 Fax
E-Mail:  jtyrrell@atg.state.il.us