**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| JACQUELINE FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 C 3279 |
| | ) | |
| ERIK KOHLRUS, et al., | ) | Hon. Sue E. Myerscough |
| | ) | |
| Defendants. | ) | Hon. Thomas Schanzle-Haskins |

**EXHIBIT LIST TO PLAINTIFF'S MOTION TO COMPEL**

| Exhibit | Description |
|---|---|
| A | Plaintiff's First Set of Requests for Production |
| B | Plaintiff's First Set of Interrogatories to Defendants Brannon & IDOC |
| C | Plaintiff's First Set of Interrogatories to Defendants Snyder, Locke & Jones |
| D | IDOC Defendants' Response to Plaintiff's Requests for Production |
| E | IDOC's Response to Plaintiff's Interrogatories |
| F | Brannon's Response to Plaintiff's Interrogatories |
| G | Snyder's Response to Plaintiff's Interrogatories |
| H | Plaintiff's March 5, 2019 Letter |
| I | Defendants' March 13, 2019 Email |
| J | Plaintiff's April 26, 2019 Email |