IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jacqueline Farris, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 17-3279-SEM-TSH |
| Erik Kohlrus, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S MOTION TO COMPEL (DOC. 132)**

Defendants, Alex Adams, Addison Ahart, Norine Ashley, James Barry, Jennifer Billington, Christine Brannon, Clara M. Charron, James Davis, Mark Delia, Mike Funk, Jeffrey Gabor, Illinois Department Of Corrections, Lisa Johnson, Travis Jones, Patrick Keane, Dillion Kearney, William T. Lemon, Angela Locke, Matthew Mitchey, Alan Pasley, Jose Rivera, William Roberts, Zachary Sapp, Trina Snyder, Sean Whelton, Jasmin Woolfolk, and Felipe Zavala, through their attorney, Kwame Raoul, Attorney General for the State of Illinois, respond to *Plaintiff's Motion to Compel* (doc. 132) as follows:

1.  On May 23, 2019, Plaintiff filed a motion to compel seeking a court order compelling Defendants to provide certain supplemental discovery materials by June 6, 2019. (Doc. 132.)

2.  As of the filing of this response, Defendants have provided responses to the items identified in Plaintiff's motion.

3.  Accordingly, Plaintiff's Motion should be denied as moot.

Wherefore, Defendants respectfully request this honorable Court deny Plaintiff's Motion (doc. 132).

                                            Respectfully submitted,

                                            Alex Adams, *et al.*,

                                                Defendants,

                                            Kwame Raoul, Illinois Attorney General,

Jeremy C. Tyrrell, #6321649  
Assistant Attorney General                    Attorney for Defendants,  
500 South Second Street  
Springfield, Illinois  62701  
(217) 785-4555 Phone                         By: s/Jeremy C. Tyrrell  
(217) 524-5091 Fax                              Jeremy C. Tyrrell  
E-mail:  jtyrrell@atg.state.il.us            Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| Jacqueline Farris, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 17-3279-SEM-TSH |
| | ) |
| Erik Kohlrus, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 13, 2019, the foregoing document, *Response to Plaintiff's Motion to Compel (doc. 132)*, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    Respectfully Submitted,

     s/Jeremy C. Tyrrell
    Jeremy C. Tyrrell, #6321649
    Assistant Attorney General