IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACQUELINE FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 C 3279 |
| | ) | |
| ERIC KOHLRUS, et al., | ) | Hon. Sue E. Myerscough |
| | ) | |
| Defendants. | ) | Hon. Tom Schanzle-Haskins |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
CLAIMS AGAINST DEFENDANT AMY RUDE WITH PREJUDICE**

1. Plaintiff moves to dismiss with prejudice her claims against Defendant Amy Rude.

2. After conferring, the parties have agreed that each party shall be responsible for their own costs related to Amy Rude's involvement in this lawsuit.

3. Nothing in this motion to dismiss is intended to alter or affect any of Plaintiff's remaining claims.

WHEREFORE, Plaintiff respectfully requests that all claims against Defendant Amy Rude be dismissed with prejudice, and that the Court order each party to pay their own costs related to Defendant Rude's involvement in this lawsuit.

Respectfully submitted,

/s/ Megan Pierce
Megan Pierce

Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Julie Goodwin
Sarah Grady
Megan Pierce
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

    I, Megan Pierce, an attorney, certify that on July 31, 2019, I caused the foregoing Plaintiff's Unopposed Motion to Dismiss Claims against Defendant Amy Rude with Prejudice to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                                  /s/ Megan Pierce
                                                  Megan Pierce
                                                  Attorney for Plaintiff