IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACQUELINE FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-3279-SEM-TSH |
| | ) | |
| ERIC KOHLRUS, et al., | ) | Hon. Sue E. Myerscough, Judge |
| | ) | |
| Defendants. | ) | Hon. Tom Schanzle-Haskins, Mag. Judge |

**PLAINTIFF'S MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL**

NOW COMES Plaintiff, JACQUELINE FARRIS, by her attorneys, LOEVY & LOEVY, and pursuant to Local Rule 5.10, respectfully requests an Order granting Plaintiff permission to file certain exhibits to her Renewed Motion for Leave to Take Depositions Pursuant to Federal Rule of Civil Procedure 30(a)(2) under seal. In support of her motion, Plaintiff states as follows:

1. Pursuant to this Court's Protective Orders, Dkt. 13, 104, the parties have marked certain documents as "confidential," including Plaintiff's mental health records and photographs taken at Logan Correctional Center during the parties' November 2018 investigation. These documents, which the parties have maintained as confidential, are relevant to Plaintiff's request to conduct depositions in excess of the 10-deposition minimum provided by Rule 30(a)(2).

2. Accordingly, pursuant to this Court's Orders recognizing the privacy of these documents, Plaintiff respectfully seeks leave to file the following exhibits to her Renewed Motion for Leave to Take Depositions Pursuant to Federal Rule of Civil Procedure 30(a)(2) under seal:

(a) Exhibit 4: Screenshot of Housing Unit 15 Computer Monitor

(b) Exhibit 5: Plaintiff's December 28, 2019 Mental Health Record

3. Because of the nature of these documents, no redacted version can be filed publicly. But Plaintiff does not ask to seal any portion of her motion and there is thus no concern that the public will be prohibited from understanding the basis for Plaintiff's motion or the Court's ruling.

4. Given this Court's prior protective orders, this Court should grant Plaintiff's motion and allow her to file certain exhibits under seal.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting her permission to file certain exhibits under seal.

Respectfully submitted,

/s/ Julie M. Goodwin_____
Julie M. Goodwin
Attorney for Plaintiff

Arthur Loevy
Jon Loevy
Julie Goodwin
Sarah Grady
Megan Pierce
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
julie@loevy.com

## **CERTIFICATE OF SERVICE**

       I, Julie Goodwin, an attorney, hereby certify that I served the foregoing Plaintiff's Motion to File Certain Exhibits Under Seal on all counsel of record on August 12, 2019 via the Court's CM/ECF filing system.

                                                     /s/ Julie Goodwin
                                                     Julie Goodwin
                                                     Attorney for Plaintiff