## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE FARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-3279 |
| | ) |
| ERIK KOHLRUS, et al., | ) |
| | ) |
| Defendant(s). | ) |

### DEFENDANT KOHLRUS' NOTICE OF RESOLUTION OF CRIMINAL PROCEEDINGS, LOGAN COUNTY CASE NUMBER 18-CF-85

NOW COMES Defendant, Erik Kohlrus, by and through his attorney, Sara Vig of Vig Law P.C., and respectfully files this Notice of Resolution pursuant to this Court's Order referencing Docket Entry #66 dated September 25, 2018, and states as follows:

1. That Defendant's outstanding criminal matter was resolved by plea on October 15, 2019.

                                                  Respectfully submitted,
                                                  Erik Kohlrus,

                           By:    /s/ Sara M. Vig_____
                                   One of His Attorneys

SARA M. MAYO VIG
Registration No.: 6297143
VIG LAW, P.C.
1100 S. Fifth Street
Springfield, Illinois 62703
Telephone: (217) 241-5624
Facsimile: (217) 525-0901
sara@vig-law.com

# CERTIFICATE OF SERVICE

       I hereby certify that on October 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Arthur Loevy
       Jon Loevy
       Julie Goodwin
       Sarah Grady
       Mary Kaitlyn Clark-Joseph
       Jeremy Tyrrell

By:    /s/ Sara M. Mayo Vig_____
       Attorney for Defendant Erik Kohlrus

SARA M. MAYO VIG
Registration No.: 6297143
VIG LAW, P.C.
1100 S. Fifth Street
Springfield, Illinois 62703
Telephone: (217) 241-5624
Facsimile: (217) 525-0901
sara@vig-law.com