IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACQUELINE FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-3279-SEM-TSH |
| | ) | |
| ERIK KOHLRUS, et al., | ) | Hon. Sue E. Myerscough |
| | ) | |
| Defendants. | ) | Hon. Thomas Schanzle-Haskins |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY**

Defendant Erik Kohlrus, by his attorneys, Vig Law, P.C., and Defendants Christine Brannon, Clara Charron, Norine Ashley, Lisa, Johnson, Patrick Keane, Mike Funk, Felipe Zavala, Alan Pasley, Alex Adams, Jeff Gabor, Trina Snyder, Angela Locke, and the IDOC, by their attorneys, the Office of the Illinois Attorney General, respectfully request that this Court grant an extension of time to complete fact discovery in this case, up to and including July 1, 2020. In support of their request, the Defendants state as follows:

1. The parties have worked diligently to complete discovery, including depositions of Defendants and witnesses identified by the parties. The parties have also exchanged multiple rounds of written discovery requests and responses, and have worked collaboratively to reach compromise on responses and production of responsive documents.

2. The parties have also worked diligently to complete ESI production by the IDOC.

3. The parties have also worked collaboratively to narrow the number of parties and claims at issue in the case.

3

4. On March 13, 2020 a national emergency was declared regarding the COVID-19 pandemic.

5. On March 20, 2020 Governor JB Pritzker declared the State of Illinois to be a disaster area and ordered a stay at home order for the residents of the State of Illinois.

6. That the parties still need to take the deposition of the Plaintiff in this matter as well as a few remaining department Defendants and third party witnesses.

7. In sum, the parties have worked diligently to complete discovery on this case, the COVID-19 pandemic and resulting social distancing orders could not have reasonably been anticipated by the parties, and good cause exists to grant the parties a final extension to complete the written and oral discovery necessary to try the case. Accordingly, the parties propose the following schedule:

- Deadline for fact discovery: 7/1/2020
- Deadline for Plaintiff's Rule 26(a)(2) disclosures: 8/3/2020
- Deadline for Defendants' Rule 26(a)(2) disclosures: 9/4/2020
- Deadline for Plaintiff's rebuttal Rule 26(a)(2) disclosures: 10/9/2020
- Dispositive motion deadline: 11/13/2020

8. Defendants' counsel conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court grant an anticipated final extension of time to complete fact discovery in this case, up to and including July 1, 2020, enter the proposed scheduling order, and granting any other such and further relief as this Court deems reasonable and just.

Respectfully submitted,

/s/Sara M. Vig

Attorney for Defendant Kohlrus

SARA M. MAYO VIG
Registration No.: 6297143
VIG LAW, P.C.
1100 S. Fifth Street
Springfield, Illinois 62703
Telephone: (217) 241-5624
Facsimile: (217) 525-0901
sara@vig-law.com

                /s/ Jeremy Tyrrell (*with consent*)
                Jeremy Tyrrell
                Attorney for IDOC Defendants

Jeremy Tyrrell

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
500 South Second St.
Springfield, IL 62701
(217) 785-4555

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which effected service on all counsel of record.

          By:    /s/ Sara M. Mayo Vig
                   Attorney for Defendant

SARA M. MAYO VIG
Registration No.: 6297143
VIG LAW, P.C.
1100 S. Fifth Street
Springfield, Illinois 62703
Telephone: (217) 241-5624
Facsimile: (217) 525-0901
sara@vig-law.com