### IN THE UNITED STATES DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JACQUELINE FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-3279-SEM-TSH |
| | ) | |
| ERIC KOHLRUS, et al., | ) | Hon. Sue E. Myerscough, Judge |
| | ) | |
| Defendants. | ) | Hon. Tom Schanzle-Haskins, Mag. Judge |

### PLAINTIFF'S MOTION FOR LEAVE REGARDING
### SUMMARY JUDGMENT FILING

NOW COMES Plaintiff, JACQUELINE FARRIS, by her attorneys LOEVY & LOEVY, and respectfully file this Motion for Leave regarding her summary judgment filing. Specifically, Plaintiff seeks: (a) leave *instanter* File an Oversized Consolidated Summary Judgment Response out of time, and (b) an extension of time until Wednesday, April 28, to file responses to the Defendants' Statements of Undisputed Fact. In support, Plaintiff states as follows:

1.  Plaintiff's Responses to Defendants' Motions for Summary Judgment is due April 26, 2021.

2.  This case involves a significant number of Defendants and claims, each of which Plaintiff seeks to take to trial.  *See* Dkt. No. 14.   Defendants filed multiple Motions for Summary Judgment, which include 574 total statements of facts.

3.  Given the complexity of the issues and quantity of both claims and parties, Plaintiff seeks leave to file an excess brief in order to fully respond to the hundreds of statements of facts and the arguments made by the Defendants.

4.  Furthermore, Plaintiff requests leave to file *instanter* her response to Defendants Motions for Summary Judgment.

5.  Plaintiff has diligently prepared a consolidated response to Defendants' Motions for Summary Judgment. Given the complex record in this case, and the number of Defendants involved, Plaintiff seeks to file her oversized, consolidated response brief, a copy of which is being filed separately with the attached exhibits.

6.  Plaintiff's brief is oversized, requiring leave of Court for filing.   Plaintiff presently seeks leave to file her oversized brief, which totals 168 pages, including 76 pages of discussion of Plaintiff's claims. Plaintiff's comprehensive and consolidated brief is intended to provide the Court with as much assistance as possible in considering the various issues involved.

7.  Consequently, due to the size of the brief, along with unexpected technological issues caused by the closing of Plaintiff's attorney's office due to the pandemic, Plaintiff respectfully requests this Court grant her leave to file *instanter* Plaintiff's Consolidated Response to Defendants Motions for Summary Judgment.

8.  Finally, Plaintiff is requesting until Wednesday, April 28, 2021 to file a response to the Defendants' statements of fact.

9.  The Defendants have submitted 574 statements of fact in support of their motions for summary judgment. In order to survive summary judgment, Plaintiff is obligated to respond to the facts asserted by the Defendants.

10.  Responding to 574 statements of fact has proven exceptionally laborious and time-consuming with the result that Plaintiff was not able to complete the responses within the time anticipated.

11.  Given the stakes for Ms. Farris, Plaintiff respectfully requests that this Court grant her the relief requested in this motion.

WHEREFORE, Plaintiff, JACQUELINE FARRIS, respectfully requests:

(1) Leave to file *instanter* her oversized Consolidated Response to Defendants' Motions for Summary Judgment, and

(2) An extension to Wednesday, April 28, 2021 to file a response to the Defendants Statements of Undisputed Fact.

                RESPECTFULLY SUBMITTED,

                /s/ Sarah Grady
                *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Megan Pierce
Steve Weil
Sarah Grady
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax: (312) 243-5902

## CERTIFICATE OF SERVICE

I, Sarah Grady, an attorney, hereby certify that on April 27, 2021, I filed the foregoing motion via the Court's CM/ECF System and thereby served a copy on all counsel of record.

/s/ Sarah Grady