## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE FARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-cv-03279-SEM-EIL |
| ) | |
| ERIC KOHLRUS et al., ) | |
| ) | |
| ) | |
| Defendants. ) | Hon. Sue E. Myerscough |

### MOTION FOR LEAVE TO WITHDRAW

NOW COMES undersigned counsel, who seek leave of this Court to withdraw as counsel from this matter. In support thereof, undersigned counsel state as follows:

1. The undersigned is an attorney with the firm of Loevy & Loevy, which has represented Plaintiff in this above-captioned case.

2. Sarah Grady, formerly of Loevy & Loevy, also represents Plaintiff in this case. Ms. Grady recently provided Loevy & Loevy with written direction, signed by Plaintiff, for Loevy & Loevy and its attorneys to terminate its representation of Plaintiff, and to transfer the files in this case to a new law firm Ms. Grady has started, Kaplan & Grady LLC.

3. Pursuant to that direction, Kaplan & Grady LLC has advised Loevy & Loevy that it assumes responsibility for the representation of Plaintiff.

4. The firm Loevy & Loevy and its attorneys are complying with Ms. Grady's and Plaintiff's direction without prejudice to such rights as Loevy & Loevy has under its engagement agreement and applicable law, including but not limited to its right to contingency and statutory compensation should the Plaintiff prevail.

WHEREFORE, the undersigned respectfully requests that the Court enter an order permitting the withdrawal of the firm Loevy & Loevy the following attorneys from this matter: Jon Loevy, Stephen H. Weil, Megan Pierce, and Imani Franklin.

Respectfully Submitted,

/s/ Jon Loevy

Jon Loevy
Stephen H. Weil
Megan Pierce
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
jon@loevy.com