AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Jacqueline Farris<br>*Plaintiff* | )<br>) | |
| v. | ) | Case No.   3:17-cv-03279-SEM-EIL |
| Erik Kohlrus, et al.<br>*Defendant* | )<br>) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Jacqueline Farris                           .

Date:   07/11/2022

/s/ Howard Kaplan
*Attorney's signature*

Howard Kaplan 6306286
*Printed name and bar number*

Kaplan & Grady LLC
1953 N. Clybourn Ave., Suite 274
Chicago, IL 60614
*Address*

howard@kaplangrady.com
*E-mail address*

(312) 852-2641
*Telephone number*

*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| Jacqueline Farris | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:17-cv-03279-SEM-EIL |
| Erik Kohlrus, et al. | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on  07/11/2022 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

 All Counsel of Record ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/ Howard Kaplan
*Attorney's signature*

Howard Kaplan 6306286
*Printed name and bar number*

Kaplan & Grady LLC
1953 N. Clybourn Ave., Suite 274
Chicago, IL 60614
*Address*

howard@kaplangrady.com
*E-mail address*

(312) 852-2641
*Telephone number*

*Fax number*